IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OCTAVIOUS BURKS, JOSHUA BASSETT,
ON BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED                                              PLAINTIFFS

VS.                                          CIVIL ACTION NO.: 3:14-cv-745-HTW-LRA

SCOTT COUNTY, MISSISSIPPI; THE HONORABLE
MARCUS D. GORDON, in his official capacity;
THE HONORABLE BILL FREEMAN, in his official
capacity; THE HONORABLE WILBUR MCCURDY,
in his official capacity; MARK DUNCAN,
DISTRICT ATTORNEY for the 8th CIRCUIT COURT
DISTRICT, in his official capacity; MIKE LEE,
SCOTT COUNTY SHERIFF, in his official capacity            DEFENDANTS

## SCOTT COUNTY, MISSISSIPPI'S STATUS REPORT

COMES NOW, Scott County, Mississippi, by and through counsel, and in response to the Court's March 2, 2017 order, would show unto the Court as follows:

1. This suit arises out of the alleged post-arrest, pre-indictment incarcerations of Octavious Banks and Joshua Bassett. *CM/ECF Doc. No. 39*, ¶ 1-2.

2. On March 2, 2017, this Court issued an order requiring the parties to disclose to the Court whether "this case is still a live controversy or has been settled or is on the verge of settlement."

3. As required by this order, the defendants would state that this matter is still a live controversy.

4. Settlement is a possibility in this case at the current time.

WHEREFORE, PREMISES CONSIDERED, for the reasons stated hereinabove, Scott County, Mississippi affirmatively avers that this matter is a live controversy and is not on the verge of settlement at this time.

**DATE:    March 3, 2017.**

> Respectfully submitted,
>
> **SCOTT COUNTY, MISSISSIPPI**
>
> BY:    /s/*William R. Allen*
>         One of Its Attorneys

WILLIAM R. ALLEN (MSB #100541)
ROBERT O. ALLEN   (MSB #1525)
J. CHADWICK WILLIAMS (MSB#102158)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
ballen@aabalegal.com
cwilliams@aabalegal.com

## CERTIFICATE

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF system which gave notice of same to the following:

> Brandon Buskey, Esq. – PHV
> Ezekiel Edwards, Esq. - PHV
> American Civil Liberties Union
> Foundation, Inc.
> 125 Broad Street, 18th Floor
> New York, NY 10004
> bbuskey@aclu.org
> eedwards@aclu.org
>         *Attorneys for Plaintiffs*

Charles B. Irvin, Esq.
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225-2242
cirvin@aclu-ms.org
    *Attorneys for Plaintiffs*

Cliff Johnson, Esq.
Pigott & Johnson, P.A.
775 North Congress Street
Jackson, MS 39202
cjohnson@pjlawyers.com
    *Attorneys for Plaintiffs*

James W. Craig, Esq.
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
jim.craig@macarthurjustice.org
    *Attorneys for Plaintiffs*

Justin L. Matheny, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P. O. Box 220
Jackson, MS 39205-0220
jmath@ago.state.ms.us
    *Attorney for Defendant Gordon*

Douglas T. Miracle, Esq.
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street, Suite 1200
Jackson, MS 39201
dmira@ago.state.ms.us
    *Attorney for Duncan*

Daniel J. Griffith, Esq.
JACKS, GRIFFITH, LUCIANO, P.A.
P. O. Box 1209
Cleveland, MS 38732
dgriffith@jlpalaw.com
    *Attorney for Honorable Bill Freeman*

This the 3rd day of March, 2017.

    */s/William R. Allen*
    OF COUNSEL