IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
NORTHERN DIVISION

| | |
|---|---|
| Octavius Burks; Joshua Bassett, on Behalf of Themselves And All Others Similarly Situated, Plaintiffs, | * * * * * |
| vs. | * Case No: 3:14cv745HTW-LRA * |
| Scott County, Mississippi; et al,; Defendants. | * * * |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's text-only order requesting a status report in the above-captioned matter, the Plaintiffs hereby confirm that this matter remains a live controversy.

Respectfully submitted,

/s/Brandon J. Buskey
Ezekiel Edwards
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
212-284-7364
bbuskey@aclu.org
eedwards@aclu.org

Jennifer Riley-Collins
ACLU of Mississippi, Foundation, Inc.
233 East Capital Street

Jackson, MS  39201  
(601) 3543408  
cirvin@aclu-ms.org



/s/ J. Cliff Johnson (MS Bar No. 9383)  
Roderick and Solange MacArthur Justice
   Center  
P.O. Box 1848  
University, MS 38677  
662-915-7629 phone  
cjohnson@macarthurjustice.org

James Craig  
Katie Schwartzmann  
Roderick and Solange MacArthur Justice
   Center  
4400 S. Carrollton Avenue  
New Orleans, LA 70119-6824  
504-620-2259 phone  
jim.craig@macarthurjustice.org  
katie.schwartzmann@macarthurjustice.org

CERTIFICATE OF SERVICE

I hereby certify that on this 3${}^{rd}$ of March, 2017, a copy of the foregoing has been served on all parties through the Court's Electronic Filing System.

/s/ Cliff Johnson (MS Bar No. 9383)
Roderick and Solange MacArthur Justice Center
P.O. Box 1848
University, MS 38677
662-915-7629 phone
cjohnson@macarthurjustice.org