# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Octavious Burks; Joshua Bassett, on Behalf of Themselves and All Others Similarly Situated, | * * * |
| Plaintiffs, | * |
| vs. | *   Case No:  3:14cv745HTW-LRA |
| | * |
| Scott County, Mississippi; The Honorable Marcus D. Gordon, in his official capacity; The Honorable Bill Freeman, in his official capacity; The Honorable Wilbur McCurdy, in his official capacity; Mark Duncan, District Attorney for the 8th Circuit Court District, in his official capacity | * * * * * * * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANTS GORDON/COTTEN, FREEMAN, MCCURDY, AND DUNCAN

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice their claims against defendants Gordon[1], Freeman, McCurdy, and Duncan.  As required by Rule 41(a)(1)(A)(ii), counsel for all parties who have appeared in this action join in this stipulation as reflected by their electronic signatures affixed hereto.  This Stipulation of Dismissal renders moot the Motion for Reconsideration previously filed by Plaintiffs, but only as to the dismissed defendants.

Plaintiffs' claims against defendant Scott County are not dismissed.

---

[1] Defendant Marcus Gordon has died since the filing of this action.  To the extent that Judge Vernon Cotten now is the proper substitute defendant for Judge Gordon by virtue of the fact that he assumed the position of Chief Judge of the Eighth Circuit Court District following Judge Gordon's death, this Stipulation of Dismissal with Prejudice also applies to all claims against Judge Cotten.

This the 5th day of April, 2017.

                                                Respectfully submitted,

                                                *s/ Cliff Johnson*
                                                J. Cliff Johnson (MS Bar No. 9383)
                                                Roderick and Solange MacArthur Justice Center
                                                P.O. Box 1848
                                                University, MS  38677
                                                662-915-7629 phone
                                                cjohnson@macarthurjustice.org

Brandon J. Buskey*
Ezekiel Edwards*
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY  10004
212-284-7364
bbuskey@aclu.org
eedwards@aclu.org


Joined by the following:

*s/ Justin L. Matheney*
Counsel for Marcus D. Gordon / Vernon Cotten

*s/ Douglas T. Miracle*
Counsel for Mark Duncan

*s/ Daniel J. Griffith*
Counsel for Wilbur McCurdy and Bill Freeman

*s/ William R. Allen*
Counsel for Scott County and Mike Lee

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 5th day of April, 2017, the foregoing document was filed with the Clerk of Court using the CM/ECF system which sent notifications to all counsel of record.

s/ *Cliff Johnson*
J. Cliff Johnson (MS Bar No. 9383)
Roderick and Solange MacArthur Justice
   Center
P.O. Box 1848
University, MS  38677
662-915-7629 phone
cjohnson@macarthurjustice.org