# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
# NORTHERN DIVISION

| | | |
|---|---|---|
| Octavius Burks; Joshua Bassett, on behalf of themselves and all others similarly situated, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | Case No: 3:14cv745HTW-LRA |
| Scott County, Mississippi; The Honorable Marcus D. Gordon, in his official capacity; The Honorable Bill Freeman, in his official capacity; The Honorable Wilbur McCurdy, in his official capacity; Mark Duncan, District Attorney for the 8th Circuit Court District, in his official capacity; | * * * * * * * * | |
| Defendants. | * | |

## FINAL JUDGMENT

Based on the representations and agreement of the Plaintiffs and Defendant Scott County, the Court orders the following:

1. This Court has jurisdiction over this matter and authority to enforce the agreement of the parties.

2. The Parties to the Settlement Agreement attached hereto as Exhibit 1 are ordered to comply with the terms set forth therein.

3. The Plaintiffs' claims against Scott County are hereby dismissed with prejudice subject only to the ongoing authority of this Court to enforce the terms of the attached Agreement.

Ordered this the __26th__ day of __June__ 2017.

s/ HENRY T. WINGATE_____
HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE